

UNITED STATES COURT OF INTERNATIONAL TRADE
One Federal Plaza
New York, New York 10278-0001

CHAMBERS OF
M. Miller Baker
Judge

March 14, 2024

*(Via CM/ECF)*

Roger B. Schagrin, Esq.  
Like A. Meisner, Esq.  
Schagrin Associates  
900 Seventh Street, N.W., Suite 500  
Washington, DC  20001

Brian M. Boynton, Esq.  
Patricia M. McCarthy, Esq.  
Claudia Burke, Esq.  
Daniel Roland, Esq.  
Commercial Litigation Branch  
Civil Division  
U.S. Department of Justice  
P.O. Box 480, Ben Franklin Station  
Washington, DC  20044

Jessica R. DiPietro, Esq.  
Matthew M. Nolan, Esq.  
John M. Gurley, Esq.  
ArentFox Schiff LLP  
1717 K Street, N.W.  
Washington, DC  20006

Leslie M. Lewis, Esq.  
Office of Chief Counsel for Trade Enforcement & Compliance  
U.S. Department of Commerce  
1401 Constitution Avenue, N.W.  
Washington, DC  20005

    Re:   *Daikin America, Inc. v. U.S.*  
           Court No. 22-00122

Dear Counsel:

    Today I issued a confidential slip opinion in this case. I intend to issue a public version of the opinion on Tuesday, March 19. In the confidential opinion, material from the administrative record that was designated as confidential is set off in double brackets. All such information is on page 7.

    Please review the opinion and inform these chambers no later than close of business on Monday, March 18, whether any party disagrees with or wishes to waive the redactions.

Court No. 22-00122 Page 2
March 14, 2024

    Please respond by CM/ECF and file under seal if necessary. Thank you in advance for your assistance with this matter.

                                                               Sincerely,

                                                      */s/ M. Miller Baker*
                                                     M. Miller Baker, Judge