# UNITED STATES COURT OF INTERNATIONAL TRADE

| | |
|---|---|
| DAIKIN AMERICA, INC., <br>     *Plaintiff*, <br> v. <br> UNITED STATES, <br>     *Defendant*, <br> and <br> GUJARAT FLUOROCHEMICALS LIMITED, <br>     *Defendant-Intervenor*. | Ct. No. 22-00122-MMB |

## JUDGMENT

For the reasons stated in Slip Opinion 25-22 (ECF 74), the court sustains the Department of Commerce's redetermination.

Dated:    March 7, 2025              /s/ *M. Miller Baker*
          New York, New York         M. Miller Baker, Judge